UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 5:24-cv-02435-SSS-SHKx | Date | February 7, 2025 |
|---|---|---|---|
| Title | Luis Alfredo Alvardo v. Wayfair, LLC, et al. | | |

Present: The Honorable   SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING DOE DEFENDANTS**

On October 4, 2024, Plaintiff Luis Alfredo Alvardo filed a Complaint in state court in which numerous Doe defendants are listed. [*See* Dkt. 1-3]. On November 14, 2024, Defendant Wayfair LLC filed a notice of removal. [Dkt. 1]. As of the date of this order, there is no evidence in the record to show Plaintiff has timely served the Doe defendants under Federal Rule of Civil Procedure 4(m).

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** why the Doe defendants should not be dismissed for failure to name and serve a copy of the summons and Complaint on these defendants. Plaintiff must respond in writing by **March 7, 2025.** Failure to respond will result in a dismissal of the Doe Defendants under Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to obey court orders.

**IT IS SO ORDERED.**